UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ZACHARY ANDREW MCFADDEN : CHAPTER 13
   Debtor         :
              :
   JACK N. ZAHAROPOULOS  :
   STANDING CHAPTER 13 TRUSTEE :
    Movant        :
              :
    vs.         :
              :
   ZACHARY ANDREW MCFADDEN :
    Respondent    : CASE NO. 1-23-bk-01132

<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

   AND NOW, this 22nd day of June, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

   1. Failure to properly state the liquidation value in Section 1B of the plan.

   2. Debtor's plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

     a. Residential real estate. The Trustee has requested
       proof of the value of the debtor's home as stated in
       his schedules. (Unless all creditors are paid in full.)

   3. The Trustee avers that debtor's plan is not feasible based upon the following:

     a. The plan is underfunded relative to claims to be paid.

   WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

      Respectfully submitted:


      /s/Jack N. Zaharopoulos
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036

<u>CERTIFICATE OF SERVICE</u>

     AND NOW, this 29th day of June, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

                          /s/Deborah A. DePalma
                          Office of Jack N. Zaharopoulos
                          Standing Chapter 13 Trustee