Rev. 09/01/14

# LOCAL BANKRUPTCY FORM 4001-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Zachary Andrew McFadden<br>Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING, LLC<br>Movant<br>vs. | NO. 23-01132 HWV |
| Zachary Andrew McFadden<br>Debtor(s) | |
| Jack N. Zaharopoulos<br>Trustee | |

## POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE DATED December 29, 2017

Mortgage Recorded on January 10, 2018, in York County, in Book 2454, at Page 8482.

**Property Address:**
1726 San Gabriel Drive York, PA 17406

**Mortgage Servicer**
Nationstar Mortgage LLC

**Post Petition mailing address for Debtor(s) to send payments:**

Nationstar Mortgage LLC

PO BOX 619094

Dallas, TX 75261

**Mortgagor(s)/Debtor(s):**

Zachary Andrew McFadden

**Payments are contractually due:** Monthly_X_ Semi-Monthly___ Bi-Weekly___ Other____

**Monthly Payment is comprised of:**
Principal & Interest:   $586.38
R.E. Taxes:             $_____
Insurance:              $_____
Late Charge:            $_____
Other:                  $468.15 (Specify: Escrow)
**TOTAL:**              $1,054.53

## POST PETITION PAYMENTS (Petition was filed on May 19, 2023)

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | Check Number | How Pymt Was Applied (mo/yr) |
|---|---|---|---|---|---|
| $1,054.53 | 6/1/2023 | | | | |
| $1,054.53 | 7/1/2023 | | | | |
| Total Due: | $2,109.06 | Total Received: | $0.00 | Arrears: | $2,109.06 |

(Continue on attached sheets if necessary)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:** 2 as of July 21, 2023

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $2,109.06 as of July 21, 2023

Dated: August 2, 2023

*Chastity Wilson*
Mortgage Company  Chastity Wilson
Assistant Secretary of
Nationstar Mortgage LLC
(Print Name and Title)   Affiant