# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Zachary Andrew McFadden,      Chapter 13

**Debtor 1**

Case No. 1:23–bk–01132–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 7, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 10, 2024

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Zachary Andrew McFadden<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-01132-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, July 12, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing         United States Trustee                   U.S. Bankruptcy Court
0314-1                                  US Courthouse                           Sylvia H. Rambo US Courthouse
Case 1:23-bk-01132-HWV                  1501 N. 6th St                          1501 N. 6th Street
Middle District of Pennsylvania         Harrisburg, PA 17102-1104               Harrisburg, PA 17102-1104
Harrisburg
Fri Jun  7 13:17:08 EDT 2024

Blakey, Yost, Bupp & Rausch, LLP        KML Law Group, PC                       LAKEVIEW LOAN SERVICING, LLC
17 East Market Street                   BNY Mellon Independence Center          c/o Nationstar Mortgage LLC
York, PA 17401-1205                     701 Market Street, Suite 5000           Attn: Bankruptcy Department
                                        Philadelphia, PA 19106-1541             P.O. Box 619096
                                                                                Dallas, TX 75261-9096


Lakeview Loan Servicing, LLC            Springettsbury Township                 Springettsbury Township
4425 Ponce DeLeon Boulevard             1501 Mount Zion Road                    1501 Mt. Zion Rd
Mail Stop MS 5-251                      York, PA 17402-9085                     York, PA 17402-9085
Miami, FL 33146-1839


WellSpan Health                         (p)JACK N  ZAHAROPOULOS                 Paul Donald Murphy-Ahles
PO Box 15119                            ATTN CHAPTER 13 TRUSTEE                 Dethlefs Pykosh & Murphy
York, PA 17405-7119                     8125 ADAMS DRIVE SUITE A                2132 Market Street
                                        HUMMELSTOWN PA 17036-8625               Camp Hill, PA 17011-4706


Zachary Andrew McFadden
1726 San Gabriel Drive
York, PA 17406-1813
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)LAKEVIEW LOAN SERVICING, LLC         End of Label Matrix
                                        Mailable recipients    12
                                        Bypassed recipients     1
                                        Total                  13
```